STATE OF NEW JERSEY v. VINCENT CIULLA.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILSON FELICIANO.

July 13, 1983.

Petition for certification denied.

ANGELO INCHERCHERA v. BOROUGH OF TOTOWA.

July 13, 1983.

Petition for certification denied.

ROBERT LEE LOVE v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK).

July 13, 1983.

Petition for certification denied.